# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

STEPHEN M. VANCE, in his capacity as Trustee of the Stephen M. Vance Revocable Trust dated October 9, 2017, derivatively on behalf of Broce Manufacturing, Inc.,

    *Plaintiff,*

vs.

ALAN B. VANCE, TERI V. HUBBELING, MICHAEL F. HUBBELING, and JULIE B. VANCE,

    *Defendants*,

  and

BROCE MANUFACTURING CO. INC.,

    *Nominal Defendant*.

Case No. 19-CV-1136-EFM

## ORDER CLOSING CASE

All claims in this case by all parties are dismissed with prejudice. The case is now closed.

**IT IS SO ORDERED**.

Dated this 2nd day of November, 2023.

*/s/ Eric F. Melgren*
ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE